UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| SYLVIA JEAN STEPHENSON, | ) | |
| | ) | Case No. 1:17-cv-194 |
| *Plaintiff,* | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| YRC, INC., d/b/a YRC FREIGHT, | ) | |
| | ) | |
| *Defendant.* | ) | |

## VERDICT FORM

### CLAIMS

1. Do you find that Charles Pridemore caused injuries or loss to Sylvia Jean Stephenson? (If Mr. Pridemore caused her injuries or loss, then YRC, Inc., doing business as YRC Freight, was responsible as Mr. Pridemore's employer.)

    Yes: ✓        No: _____

(If your answer is "No," to Question 1, do not answer any further questions. Sign this form and return it to the court officer.)

2. Do you find that YRC, Inc. was at fault for negligently retaining Charles Pridemore, negligently entrusting him to drive a commercial vehicle, or failing to adequately supervise him, and that that fault caused injuries or loss to Ms. Stephenson?

    Yes: ✓        No: _____

3. Do you find that Plaintiff Sylvia Jean Stephenson was at fault and caused injuries or loss to herself?

    Yes: _____        No: ✓

4. What percentage of the total fault is chargeable to each party you found to be at fault for causing Ms. Stephenson's injuries or losses?

| | | |
|---|---|---|
| Defendant YRC, Inc. | 100 | % |
| Plaintiff Sylvia Jean Stephenson | 0 | % |
| Total (must equal 100%) | **100%** | |

(If you find that Ms. Stephenson was at fault and her fault was 50% or more of the total fault, then your deliberations are complete and you should sign this form and return it to the court officer. If, and only if, you find that the percentage of Ms. Stephenson's fault is less than 50% of the total fault, then you should proceed to answer Question 5.)

## DAMAGES

5. Without considering the percentages of fault found in Question 4, what amount of total damages was sustained by Sylvia Jean Stephenson as a result of the collision?

| | |
|---|---|
| Medical Expenses | $ 138,000.00 |
| Loss of Earning Capacity | $ 0 |
| Pain and Suffering | $ 500,000.00 |
| Permanent Injury | $ 1,000,000.00 |
| Loss of Enjoyment of Life | $ 500,000.00 |
| **TOTAL** | $ 2,138,000.00 |

Have the foreperson sign and date this form and return it to the court officer.

8/21/2019
DATE