UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| SYLVIA JEAN STEPHENSON, ) | |
| ) | Case No. 1:17-cv-194 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Susan K. Lee |
| YRC, INC., d/b/a YRC FREIGHT, ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

The parties have notified the Court that they have reached a settlement. Based on this representation, the parties are hereby **ORDERED** to file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an agreed order of dismissal pursuant to Local Rule 4.8, or a status report on or before February 28, 2020. The parties are **ON NOTICE** that, if they fail to comply by that deadline, the Court will dismiss this action with prejudice pursuant to Rule 41(b) and Local Rule 68.1.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**