IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| SYLVIA JEAN STEPHENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION FILE |
| | ) | NO.: 1:17-CV00194-TRM-SKL |
| YRC, INC., D/B/A YRC FREIGHT, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S STATUS UPDATE**

Pursuant to the Court's Order, Plaintiff files this status update. The Court ordered the parties to file a dismissal or a status update by February 28. The parties are working diligently to finalize the settlement. Both parties have agreed on the terms of the release agreement and it is Plaintiff's understanding that defense counsel is in possession of the settlement check. However, Plaintiff must resolve outstanding issues with her open Chapter 13 bankruptcy before signing the release and receiving any funds. Plaintiff included her civil claim herein as an asset in her bankruptcy schedule of assets. Plaintiff's position is that a debtor-in-possession Chapter 13 bankruptcy such as hers should not involve or need trustee or bankruptcy court approval to finalize settlement. Nonetheless, and in an abundance of caution, Plaintiff is seeking to comply with any reasonable requests by the bankruptcy court and trustee. Plaintiff hopes to have this process completed by the end of March. Plaintiff will file another status update on or before March 31, 2020 if a dismissal has not yet been filed by that time.

Respectfully submitted, this 26th day of February, 2020.

**SHIVER HAMILTON, LLC**

*/s/ Alan J. Hamilton, Admitted pro hac vice*

1

**SHIVER HAMILTON, LLC**
3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305
Telephone: (404) 593-0020
Facsimile: (888) 501-9536

ALAN J. HAMILTON, ESQ.
MARGARET E. RANDELS, ESQ.
(admitted pro hac vice)
SHIVER HAMILTON, LLC
3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305
Telephone: (404) 593-0020
Email: alan@shiverhamilton.com
maggy@shiverhamilton.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2020, I electronically filed the foregoing *Plaintiff's Status Update* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

BYRON K. LINDBERG, ESQ.
KARL M. BRAUN, ESQ.
RUSSELL A. NEWMAN, ESQ.
HALL BOOTH SMITH, PC
Fifth Third Center
424 Church Street, Suite 2950
Nashville, Tennessee 37219
Email: blindberg@hallboothsmith.com
       kbraun@hallboothsmith.com
       rnewman@hallboothsmith.com

                      **SHIVER HAMILTON, LLC**

                      */s/ Alan J. Hamilton, Admitted pro hac vice*
                      ALAN J. HAMILTON, ESQ.
                      SHIVER HAMILTON, LLC
                      3490 Piedmont Road, Suite 640
                      Atlanta, Georgia 30305
                      Telephone: (404) 593-0020
                      Email: alan@shiverhamilton.com
                      *Attorney for Plaintiff*

**SHIVER HAMILTON, LLC**
3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305
Telephone: (404) 593-0020
Facsimile: (888) 501-9536
alan@shiverhamilton.com