IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| SYLVIA JEAN STEPHENSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION FILE |
| ) | NO.: 1:17-CV00194-TRM-SKL |
| YRC, INC., D/B/A YRC FREIGHT, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S STATUS UPDATE

Pursuant to the Court's Order, Plaintiff files this status update. The Court ordered the parties to file a dismissal or a status update by February 28. The parties are working diligently to finalize the settlement. Both parties have agreed on the terms of the release agreement and the settlement check is being transmitted to Plaintiff's counsel. However, Plaintiff must resolve outstanding issues with her open Chapter 13 bankruptcy before signing the release and receiving any funds. Plaintiff included her civil claim herein as an asset in her bankruptcy schedule of assets. Plaintiff's position is that a debtor-in-possession Chapter 13 bankruptcy such as hers should not involve or need trustee or bankruptcy court approval to finalize settlement. Nonetheless, and in an abundance of caution, Plaintiff is seeking to comply with any reasonable requests by the bankruptcy court and trustee. Plaintiff has completed the first step of the process, but is awaiting an Order approving the settlement. Plaintiff now anticipates this order will be entered before the end of April. Plaintiff will file another status update on or before April 30, 2020 if a dismissal has not yet been filed by that time.

Respectfully submitted, this 31st day of March, 2020.

**SHIVER HAMILTON, LLC**

1

/s/ Alan J. Hamilton, Admitted pro hac vice
ALAN J. HAMILTON, ESQ.
MARGARET E. RANDELS, ESQ.
(admitted pro hac vice)
SHIVER HAMILTON, LLC
3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305
Telephone: (404) 593-0020
Email: alan@shiverhamilton.com
      maggy@shiverhamilton.com
*Attorneys for Plaintiff*

**SHIVER HAMILTON, LLC**
3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305
Telephone: (404) 593-0020
Facsimile: (888) 501-9536

# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2020, I electronically filed the foregoing *Plaintiff's Status Update* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

BYRON K. LINDBERG, ESQ.
KARL M. BRAUN, ESQ.
RUSSELL A. NEWMAN, ESQ.
HALL BOOTH SMITH, PC
Fifth Third Center
424 Church Street, Suite 2950
Nashville, Tennessee 37219
Email: blindberg@hallboothsmith.com
kbraun@hallboothsmith.com
rnewman@hallboothsmith.com

SHIVER HAMILTON, LLC

*/s/ Alan J. Hamilton, Admitted pro hac vice*
ALAN J. HAMILTON, ESQ.
SHIVER HAMILTON, LLC
3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305
Telephone: (404) 593-0020
Email: alan@shiverhamilton.com
*Attorney for Plaintiff*

SHIVER HAMILTON, LLC
3490 Piedmont Road, Suite 640
Atlanta, Georgia 30305
Telephone: (404) 593-0020
Facsimile: (888) 501-9536
alan@shiverhamilton.com