IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| SYLVIA JEAN STEPHENSON,<br><br>Plaintiff,<br><br>v.<br><br>YRC, INC., D/B/A YRC FREIGHT,<br><br>Defendant. | CASE NO. 1:17-CV-00194-TRM-SKL |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated April 30, 2020.

**SHIVER HAMILTON, LLC**

*/s/ Alan J. Hamilton, Admitted pro hac vice*
Alan J. Hamilton, Esq.
Margaret E. Randels, Esq.
3490 Piedmont Rd., Ste. 640
Atlanta, GA 30305
Telephone: (404) 593-0020
Fax: (888) 501-9536
alan@shiverhamilton.com
maggy@shiverhamilton.com
*Attorneys for Plaintiff*

**HALL BOOTH SMITH, P.C.**

/s/ *Byron K. Lindberg*
Byron K. Lindberg, BPR #019822
Fifth Third Center
424 Church Street, Suite 2950
Nashville, TN  37219
Telephone:  (615) 313-9911
Fax:  (615) 313-8008
BLindberg@hallboothsmith.com

*Attorneys for Defendant YRC, Inc.*
*d/b/a YRC Freight*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| SYLVIA JEAN STEPHENSON,<br><br>    Plaintiff,<br><br>v.<br><br>YRC, INC., D/B/A YRC FREIGHT,<br><br>    Defendant. | CASE NO. 1:17-CV-00194-TRM-SKL |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Entered this ___ day of _____, 2020.

_____
**TRAVIS R. McDONOUGH**
**UNITED STATES DISTRICT JUDGE**